**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 66.25.202.244**

**ISP:** Spectrum
**Physical Location:** Wichita Falls, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/10/2019 03:55:29 | 0389E8303B29429339E71A7BF109BC43BF208303 | Fifty Shades of Kate |
| 06/01/2019 12:40:01 | 483C0F08D39959A37DD3F4370563C9DAD44B8C11 | Cindy Sauna Sex |
| 05/16/2019 18:25:00 | ADCBE9B5561A7A6CA2C16CE0BA9C11A475DEA38F | In Love with Leanne |
| 05/10/2019 15:57:26 | 50F2E1A6141A9F29B86C9F2631BF0826EF4DDF62 | Best Fashion Model Girlfriends |
| 04/27/2019 13:26:16 | 30512197BA69A068EDE19E894DFD7D16D0175C87 | Workout and Stunning Hot Sex |
| 04/18/2019 04:24:30 | 71ED644514B328A8BDC7F5316185544B1AF159FE | Hot Blondes First Time Lesbian Experience |
| 04/16/2019 22:30:49 | 08CDBBBAB5E3EF36A9B2965C72D0A7862AC79D90 | Lingerie Birthday Surprise |
| 04/16/2019 22:26:25 | E0ED576567DC6BEF9894EF213A68AA03C688467C | Fashion Models Lingerie or Lesbian Lovers |
| 04/15/2019 12:17:18 | E6A81ECDF4852BB9F02EFA092287E6E47CA00A12 | Sex With Nella and a Surprise |
| 02/24/2019 21:05:56 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 02/22/2019 14:09:56 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A